Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-457-783**

**Effective Date of Registration:**
May 12, 2025
**Registration Decision Date:**
August 14, 2025

## Title

**Title of Work:** Dancer with Red Fabric

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 15, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Rachel Neville
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rachel Neville
286 Tulip Ave., Floral Park, NY, 11001, United States

## Rights and Permissions

**Name:** Rachel Neville
**Email:** rachel@rachelneville.com
**Address:** 286 Tulip Ave.
Floral Park, NY 11001 United States

## Certification

**Name:** David Denholm
**Date:** May 12, 2025
**Applicant's Tracking Number:** RN2025051201

Page 1 of 2

